**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Darnell Williams

Plaintiff,

v.

Case No.: 1:25−cv−13002
Honorable John Robert Blakey

Rowing Blazers Ltd.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 28, 2026:

MINUTE entry before the Honorable John Robert Blakey: Defendant having failed to appear despite proper service, this Court grants Plaintiff's request for default [13], and directs the Clerk to enter Defendant's default on the docket pursuant to Rule 55(a). Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.